1
 The People of the State of Colorado In the Interest of Minor Children: Kay.W., Kai. W., E.W., D.W., and S.W., Petitioner and Kay.W., Kai.W., E.W., D.W., and S.W., Petitioners v. K.L.W. Respondent No. 24SC621
Supreme Court of Colorado, En Banc
November 25, 2024
 
           Court
 of Appeals Case No. 23CA2106
 
 
 
          Petitions
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals correctly ruled that father regained his
 right to a jury trial for adjudication after he waived the
 statutory right by non-appearance.
 
 
          Whether
 the division erred in finding that father did not waive his
 statutory right to an adjudicatory jury trial after he failed
 to appear for the first-scheduled trial, but where the
 judgment from the hearing was later vacated and another
 hearing was scheduled.